UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BRENT FIELDS,<br><br>       Plaintiff,<br><br>  v.<br><br>SAMAN SAMADANI, et al.,<br><br>       Defendants. | Case No.: 1:24-cv-01019-KES-SKO<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>Doc. 21 |

Plaintiff Marcus Brent Fields is proceeding pro se in this civil rights action pursuant to 42 U.S.C. section 1983. On January 3, 2025, the Court ordered plaintiff to pay the filing fee after finding plaintiff had accrued three or more "strikes" under 28 U.S.C. § 1915 and failed to show he was under imminent danger of serious physical injury. Doc. 21. Plaintiff has failed to pay the filing fee, and the deadline to do so has passed. Without such payment, the action cannot proceed at this time.

Accordingly,

1. This action is dismissed without prejudice; and

2. The Clerk of the Court is directed to terminate any pending motions and to close this case.

IT IS SO ORDERED.

Dated:   February 6, 2025

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28